UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 844 |
| | ) | |
| GARY M. AUMANN and | ) | Hon. Sidney I. Schenkier |
| DONALD E. DOWN | ) | |

FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, respectfully moves this Court to seal the Complaint and associated Affidavit in the captioned case until December 31, 2007, or until the arrest and initial appearance of defendant Gary Aumann, whichever is earlier. In support of this Motion, the government states as follows:

1. The investigation referred to in the Complaint and Affidavit is not public, is continuing, and is anticipated to result in the arrest of Gary Aumann and Donald Down. Disclosure of the Complaint or of the investigation could interfere with or impede the success of the continuing investigation, particularly if the defendants learn of the Complaint before they are apprehended and an associated search warrant is executed.

2. The government will seek to complete the investigation expeditiously.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

DATE: December 17, 2007      By: _____
BRIAN HAYES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4307