# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 1 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Gary Aumann | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/18/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Steven Levy as counsel for the defendant. Enter order appointing Steven Levy as counsel for defendant. Preliminary examination hearing is set for 1/2/08 at 3:00 p.m. By agreement of the parties, the defendat is released on a $10,000.00 own recognizance bond. The Court unseals the case.

■ [ For further detail see separate order(s).]　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|