# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 1 | **DATE** | 1/2/2008 |
| **CASE TITLE** | United States of America vs. Gary Aumann | | |

**DOCKET ENTRY TEXT**

This case is set for a status hearing on preliminary examination on 1/11/08 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|