UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA) <br> ) <br> v. ) <br> ) <br> GARY M. AUMANN, ) <br> Defendant. ) <br> _____ ) | Case. No. 07-CR-844 <br> Hon. Sidney I. Schenkier |

### DEFENDANT AUMANN'S WAIVER OF PRELIMINARY HEARING

Comes Now Defendant Gary M. Aumann, by and through his undersigned counsel, Steven M. Levy, and pursuant to Rule 5.1(a)(1) of the Federal Rules of Criminal Procedure waives his right to a Preliminary Hearing in this matter. In support of this waiver, Counsel for defendant avers as follows:

1. Defendant is aware of his right to have a Preliminary Hearing in this matter.

2. Defendant understands that at the Preliminary Hearing, he could cross-examine adverse witnesses and introduce evidence favorable to his cause. Defendant further understands that the purpose of the hearing is to determine whether there is probable cause to believe that an offense has been committed, and that defendant committed the offense.

3. Knowing and understanding the foregoing, defendant does not wish to have a preliminary hearing held in this matter.

4. Defendant has executed a written waiver of his right to have a Preliminary Hearing, and that waiver has been signed by counsel for the Defendant.

See, Defendant's Exhibit 1 attached to this waiver.

Respectfully submitted,

S/ Steven M. Levy
Steven M. Levy, Esq.
266 Rutledge Street
Gary, Indiana 46404
219-882-1071
Bar No. 1645897
Attorney for Defendant Aumann

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Waiver was served by Electronic Means in compliance with the Order of the United States District Court on Electronic Filing on January 4, 2008 on Brian Hayes, Assistant U.S. Attorney, Office of the United States Attorney, 219 S. Dearborn, 5th Floor, Chicago, Illinois 60604.

S/Steven M. Levy
Steven M. Levy, Esq.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                         )
v.                       )
                         )    Case. No. 07-CR-844
GARY M. AUMANN,          )    Hon. Sidney I. Schenkier
         Defendant.      )
                         )

### DEFENDANT AUMANN'S WAIVER OF PRELIMINARY HEARING

1.   I understand that I have a right to a Preliminary Hearing.

2.   I understand that at the Preliminary Hearing I have the right to present evidence and to cross-examine adverse witnesses.

3.   I understand that the purpose of the Preliminary Hearing is to determine whether there is probable cause to believe an offense has been committed, and that I committed that offense.

4.   Knowing and understanding the foregoing, I do not wish to have a Preliminary Hearing held in this matter.

_____          01/03/08
Gary M. Aumann                   Date

_____          4 Jnny 08
Steven M. Levy, Esq.             Date

                                         DEF. EX 1