CtH

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 2 | **DATE** | 1/4/2008 |
| **CASE TITLE** | United States of America v. Gary Aumann | | |

**DOCKET ENTRY TEXT**

Defendant enters written waiver of preliminary hearing. The Court enters a finding of probable cause; order defendant bound to the U.S. District Court for further proceedings. Enter defendant Aumann's waiver of preliminary hearing.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|