Minute Order Form (rev. 4/99)

JUDGE JOHN W DARRAH

07 GJ 0858

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE SCHENKIER | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 07 CR 0844 | DATE | MARCH 4, 2008 |
| CASE TITLE | US v. GARY AUMANN, DONALD DOWN, & THOMAS ALESSI | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

Docket Entry:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO GARY AUMANN AND DONALD DOWN. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO THOMAS ALESSI.

FILED
MAR 0 4 2008
MAR 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED UNDER SEAL)
OR MAGISTRATE JUDGE

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#