## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 1 | **DATE** | 3/19/2008 |
| **CASE TITLE** | United States of America vs. Gary Aumann | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 (a) conference to be held by 3/26/08. Pretrial motions are to be filed by 4/2/08. Response to pretrial motions are to be filed by 4/9/08. Replies are to be filed by 4/16/08. A status hearing is set before Judge Darrah on 4/23/08 at 9:45 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|

07CR844 - 3 United States of America vs. Thomas Alessi                                                    Page 1 of 1