U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
United States v. Aumann

Case Number: 07 CR 844-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gary Aumann

FILED
MAR 19 2008
3-19-08
Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) Terrence P. LeFevour | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Terrence P. LeFevour | |
| FIRM Law Offices of Terrence P. LeFevour | |
| STREET ADDRESS 190 S. Lasalle Street, Suite #520 | |
| CITY/STATE/ZIP Chicago, IL, 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC 3124560 | TELEPHONE NUMBER 312-782-5075 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |