# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 07 CR 844
United States v. Aumann

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gary Aumann

FILED
3-19-08
MAR 19 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print) Rachel L. Zebio | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *Rachel L. Zebio* | |
| FIRM Rachel L. Zebio, Attorney at Law | |
| STREET ADDRESS 190 S. Lasalle Street, Suite #520 | |
| CITY/STATE/ZIP Chicago, IL, 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC 6287751 | TELEPHONE NUMBER 312-782-2770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |