## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 1,2,3 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Gary M. Aumann, Donald E. Down, Thomas Alessi | | |

**DOCKET ENTRY TEXT**

Status hearing set for 4/23/08 at 9:45 a.m. is re-set to 4/23/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

07CR844 - 1,2,3 USA vs. Gary M. Aumann, Donald E. Down, Thomas Alessi

Page 1 of 1