## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 1,2,3 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Gary Aumann, Donald Down, Thomas Alessi | | |

**DOCKET ENTRY TEXT**

Status hearing held. Change of plea hearing set for 5/13/08 at 10:00 a.m. for defendants Gary Aumann, Donald Down and Thomas Alessi. In the interests of justice, time is ordered excluded to 5/13/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|