UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 844 |
| | ) | |
| GARY AUMANN, et al. | ) | Judge John W. Darrah |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document: MOTION FOR ENTRY OF A PROTECTIVE ORDER RELATING TO THE PROCEEDS FROM THE SALE OF CERTAIN REAL PROPERTY was served on MAY 9, 2008 in accordance with Fed. R. Crim. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Brian Hayes
BRIAN HAYES
MARSHA A. McCLELLAN
Assistant United States Attorney
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-4307