UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 844 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| GARY AUMANN, et al. | ) | |

NOTICE OF MOTION

To:
Terrence P. LeFevour
Law Offices of Terrence P. LeFevour
190 S. LaSalle Street, Suite 520
Chicago, IL 60603

Paul G. Krentz
Kinnally flaherty Krentz & Loran PC
2114 Deerpath Road
Aurora, IL 60506

　　　PLEASE TAKE NOTICE that on Thursday, May 15, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Hart in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present GOVERNMENT'S MOTION at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　By:　　s/Brian Hayes
　　　　　　　　　　　　　　　　　BRIAN HAYES
　　　　　　　　　　　　　　　　　MARSHA A. McCLELLAN
　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　219 South Dearborn Street, Room 500
　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　(312) 353-4307