# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 1 | **DATE** | 5/13/2008 |
| **CASE TITLE** | USA vs. Gary Aumann | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to defendant Gary Aumann. Defendant withdraws his plea of not guilty and enters a plea of guilty to count one of the indictment. Judgment of guilty entered. Enter plea agreement. Cause is referred to the probation office for a presentence report. Sentencing set for 8/21/08 at 10:00 a.m.

Docketing to mail notices.

00:30



| | Courtroom Deputy Initials: | MF |
|---|---|---|