UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 07 CR 844 |
| | ) | |
| v. | ) | |
| | ) | Judge John W. Darrah |
| GARY AUMANN, et al. | ) | |

## NOTICE OF MOTION

TO:   COUNSEL

**PLEASE TAKE NOTICE** that on **Tuesday, June 3, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I will appear before **Judge John W. Darrah,** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other who may be sitting in his place and then and there present:

**AMENDED MOTION FOR ENTRY OF A PROTECTIVE ORDER
RELATING TO THE PROCEEDS FROM THE SALE OF CERTAIN
REAL PROPERTY**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   s/Brian Hayes
**BRIAN HAYES**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4307

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

## **NOTICE OF MOTION**

was served on **Thursday, May 29, 2008,** in accordance with FED. R. CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/Brian Hayes
**BRIAN HAYES**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4307