## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Gary Aumann, et. al. | | |

**DOCKET ENTRY TEXT**

Government's amended motion for entry of a protective order relating to the proceeds from the sale of certain real property [47] is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|