UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 844 |
| v. ) | |
| ) | Judge John W. Darrah |
| GARY AUMANN, et al. ) | |

## AGREED PROTECTIVE ORDER RELATING TO THE PROCEEDS FROM THE SALE OF CERTAIN REAL PROPERTIES

This matter coming before the Court on the government's agreed motion for entry of a protective order relating to the proceeds from the sale of certain real properties, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c) and Title 21 U.S.C. Sections 853(g) and (n), and the Court being fully advised finds as follows:

(a) On March 4, 2008, a multi-count indictment was returned charging defendant GARY AUMANN, among others, with mail fraud violations, pursuant to the provisions of Title 18, United States Code, Section 1341, among other violations;

(b) The indictment seeks forfeiture to the United States in a forfeiture allegation of real property, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), for all property, real and personal, which constitutes and is derived from proceeds traceable to the charged mail fraud offenses, including but not limited to, approximately $6,086,000, and the following property:

The real property commonly known as 465 W. Dominion Drive, Unit 108, Wood Dale, Illinois 60191 and legally described as:

PARCEL 1:

UNIT NO. 108 TOGETHER WITH AND UNDIVIDED .7303 PERCENT IN THE COMMON ELEMENTS APPURTENANT TO SAID UNIT IN DOMINION PLAZA ONE BUILDING NO. 1-A IN THE NORTHWEST 1/4 OF SECTION 21, TOWNSHIP 40, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN IN DUPAGE COUNTY, ILLINOIS, ACCORDING TO THE DECLARATION OF CONDOMINIUM OWNERSHIP AND EASEMENTS, RESTRICTIONS AND COVENANT AND PLATS OF SURVEY ATTACHED THERETO AS EXHIBIT "D" RECORDED DECEMBER 30, 1974 AS DOCUMENT R74-64293 AND A CERTIFICATE OF CORRECTION TO THE PLAT OF SURVEY RECORDED JANUARY 10, 1975 AS DOCUMENT NUMBER R75-1280 IN THE OFFICE OF THE RECORDER OF DEEDS OF DUPAGE COUNTY, ILLINOIS.

PARCEL 2:

PERPETUAL AND EXCLUSIVE EASEMENT FOR PARKING PURPOSES IN AND TO PARKING SPACE NO(S) AND 18 AS DEFINED AND SET FORTH IN SAID DECLARATION AND SURVEY.

PARCEL 3:

PERPETUAL AD EXCLUSIVE EASEMENT FOR STORAGE PURPOSES IN AND TO STORAGE GYMCO NO. 104 AND DEFINED AND SET FORTH IN THE SECOND AMENDMENT TO DECLARATION OF CONDOMINIUM OWNERSHIP AND OF EASEMENTS, RESTRICTIONS AND COVENANTS FOR DOMINION FLARR THE CONDOMINIUM NO. 1-3 RECORDED MARCH 11, 1977 AS DOCUMENT NO. R77-16776.

Permanent Real Estate Index Number:
03-21-113-006.

(c) Defendant GARY AUMANN is the record owner of the Wood Dale property ("the

real property");

(d) To preserve its interest in the real property, before the indictment was returned against defendant GARY AUMANN, the United States recorded a *lis pendens* notice in the DuPage County Recorder's Office, Wheaton, Illinois, against real property under grand jury case number 07 GJ 838 because as set forth in the application submitted in support of the request, the real property is subject to forfeiture;

(e) Pursuant to 21 U.S.C. § 853, as incorporated by 28 U.S.C. §2461(c), this Court has jurisdiction to enter orders or to take other action to preserve and to protect property to insure that the property or its equity will be available for forfeiture in the event of conviction;

(f) Accordingly, in order to preserve the availability of funds to be applied in satisfaction of the forfeiture judgment issued in this case, the United States requested that this Court enter a protective order relating to the proceeds from the sale of the real properties. The United States requested that the net proceeds from the sale be retained in escrow by the United States Marshals Service, pending further order of this Court.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That the government's motion for entry of a protective order, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461© and Title 21 United States Code Sections 853(g) and (n), and to the terms of the Stipulated Agreement entered into by the United States and defendant GARY AUMANN, through his attorney, is granted. It is further ordered,

2. That, the proceeds to be held in escrow pending further order of the Court, may be credited to the forfeiture judgment issued in this case pursuant to 21 U.S.C. 853(p), as incorporated

by 28 U.S.C. § 2461(c) and 18 U.S.C. 982(b)(1). It is further ordered,

3. That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this protective order directing the distribution of certain proceeds from the sale of the above-identified real properties.

JOHN W. DARRAH
United States District Judge

DATED: 11-25-08
11-25-2008